UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | | |
|---|---|---|
| KIMBERLY NICOLE LISTON | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | Case No. 2:24-CV-61-KS |
| FRANK J. BISIGNANO, | ) | |
| Commissioner of Social Security, | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before court for judicial review pursuant to 42 U.S.C. § 405(g) of a final administrative decision of the Social Security Administration.

 IT IS ORDERED, ADJUDGED AND DECREED that the Commissioner's decision is affirmed.

This judgment filed and entered on March 6, 2026, with *electronic service* upon the following:

**Russell Bowling**
*Counsel for Plaintiff*

**Wanda Mason**
**Cathleen McNulty**
*Counsel for Defendant*

**PETER A. MOORE, JR.**
**CLERK, U.S. DISTRICT COURT**

DATE: <u>March 6, 2026</u>

/s/ *Shelia D. Foell*

(By): Shelia D. Foell
Deputy Clerk, U.S. District Court